# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2024

Lyle W. Cayce
Clerk

No. 23-10856

Julian Pratt Waterman Archer; Jane Gochenour Archer,

*Plaintiffs—Appellants*,

*versus*

Stephen A. Kennedy; Kennedy Law, L.L.P.; Kennedy Law, P.C.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-748

_____

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Appellants Jane and Julian Archer appeal the district court's grant of summary judgment in favor of Appellees, finding that the Archers' professional negligence claimed was precluded as a matter of law as they failed to provide sufficient evidence of damages. After reviewing the briefs and

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10856

relevant records, we AFFIRM for essentially the reasons of the able district court judge's July 17, 2023 Memorandum Opinion and Order.